IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TODD ALLEN MILLER JR.,<br><br>   Defendant. | CASE NO. 4:25-cr-00121<br><br><br>**DEFENDANT TODD ALLEN MILLER,<br>J.R.'S SUPPLEMENTAL PSR<br>OBJECTIONS** |

COMES NOW, Defendant Todd Allen Miller, Jr., by and through the undersigned, and provides the following Supplemental Objections to the Presentence Investigation Report.

1.      **Paragraph 57**: Mr. Miller objects to the entirety of this paragraph, including its factual allegations and the resulting drug quantity.

2.      **Paragraph 59**: Mr. Miller objects to the final drug quantity listed in this paragraph. Subtracting the amounts listed in Paragraph 57, the resulting drug quantity should be 574.98 grams of actual/ice methamphetamine.

3.      **Paragraph 66**: Objection. Mr. Miller's Base Offense Level is 34 under U.S.S.G. § 2D1.1(a)(5), (c)(3).

4.      **Paragraph 71**: Based upon these objections, the Adjusted Offense Level is 34.

5.      **Paragraph 72**: Mr. Miller withdraws his objection to Paragraph 72.

6.      **Paragraph 75**: Mr. Miller withdraws his objection to Paragraph 75.

7.      **Paragraph 83**: Mr. Miller withdraws his objection to Paragraph 83.

8.      **Paragraph 84**: Mr. Miller withdraws his objection to Paragraph 84.

9.      **Paragraph 86**: Mr. Miller withdraws his objection to Paragraph 86.

10.     **Paragraph 90**: Mr. Miller withdraws his objection to Paragraph 90.

**11.**    **Paragraph 103**: Mr. Miller withdraws his objection to Paragraph 103 following the correction.

**12.**    **Paragraph 106**: Mr. Miller withdraws his objection to Paragraph 106 following the correction.

**13.**    **Paragraph 157**: Mr. Miller withdraws his objection to paragraph 157.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served on the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on June 25, 2026, by CM/ECF.

 */s/ Shannon Galbreath*

Copy to:

Amy L. Jennings
UNITED STATES ATTORNEY'S OFFICE – DSM
210 Walnut Street, Suite 455
Des Moines, IA 50309
Telephone (515) 473-9325
amy.jennings2@usdoj.gov

ATTORNEY FOR PLAINTIFF

WHITFIELD & EDDY, P.L.C.

By:  /s/ *Sean M. Corpstein*
       Sean M. Corpstein   AT0012659

   699 Walnut Street, Suite 2000
   Des Moines, IA 50309
   Telephone (515) 288-6041
   Fax: (515) 246-1474
   corpstein@whitfieldlaw.com

ATTORNEY FOR DEFENDANT
TODD ALLEN MILLER JR.